## 15321. SAMPSON *v.* THE STATE.

BROYLES, C. J. 1. In view of the note of the trial judge this court cannot say that the overruling of the motion for continuance was error.

2. The verdict was amply authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 16, 1924.

Indictment for arson; from Thomas superior court—Judge W. E. Thomas. December 15, 1923.

*Titus & Dekle,* for plaintiff in error.

*C. E. Hay, solicitor-general, Eva Luke Hay,* contra.